UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -against-

SUSAN HAMMATT,

           Defendant.

**ORDER**

19 Cr. 67 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the conference in this action previously scheduled for **October 15, 2020**, is adjourned to **October 30, 2020 at 10:00 a.m.** as to Defendant Susan Hammatt only, and that the deadline for pre-trial motions is adjourned to **October 29, 2020** as to Defendant Susan Hammatt only.

    Upon the application of Defendant Susan Hammatt, by and through her attorney Judith Vargas, and with the consent of the United States of America, by and through its counsel, Assistant United States Attorney Nicholas Chiuchiolo, it is further ORDERED that the time from October 15, 2020 through October 30, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and Defendant Susan Hammatt in a speedy trial, because it will permit the parties to continue their discussions regarding a pretrial disposition.

Dated: New York, New York
       October 13, 2020

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge