UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>CHRISTOPHER HAMMATT and SUSAN HAMMATT,<br><br>                          Defendants. | **ORDER**<br><br>19 Cr. 67 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this action previously scheduled for **October 30, 2020**, is adjourned to **November 30, 2020 at 10:00 a.m.** as to Defendants Susan Hammatt and Christopher Hammatt, and that the deadline for pre-trial motions is adjourned to **November 27, 2020** as to Defendants Susan Hammatt and Christopher Hammatt.

Upon the applications of Defendant Susan Hammatt, by and through her attorney Judith Vargas, and Defendant Christopher Hammatt, by and through his attorney Donald duBoulay, and with the consent of the United States of America, by and through its counsel, Assistant United States Attorney Nicholas Chiuchiolo, it is further ORDERED that the time from October 30, 2020 through November 30, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and Defendants Susan Hammatt and Christopher Hammatt in a speedy trial, because it will permit the parties to continue their discussions regarding a pretrial disposition.

Dated:  New York, New York
        October 29, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge