UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

CHRISTOPHER HAMMATT and SUSAN HAMMATT,

Defendants.

**ORDER**

19 Cr. 67 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The **January 22, 2021** conference is – as to Defendant Susan Hammat only – adjourned to **March 12, 2021 at 10:00 a.m.** Tomorrow's conference will proceed as to Defendant Christopher Hammatt.

Upon the application of Defendant Susan Hammatt, by and through her attorney Judith Vargas, it is further ORDERED that the time from January 22, 2021 through March 12, 2021 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The ends of justice served by the granting of this continuance outweigh the interest of the public and Defendant Susan Hammatt in a speedy trial, because it will permit the defense additional time to obtain documents and to continue discussions regarding a pretrial disposition.

Dated: New York, New York
January 21, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge