UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| SUSAN HAMMATT, | 19 Cr. 67 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

The plea hearing scheduled for October 13, 2021 at 4:30 p.m. is adjourned <u>sine die</u>.

Dated: New York, New York
October 12, 2021

SO ORDERED.

_Paul G. Gardephe_
Paul G. Gardephe
United States District Judge