UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - -X
                                  :
UNITED STATES OF AMERICA          :        **ORDER**
                                  :
    - v. -                        :        **19 Cr. 67 (PGG)**
                                  :
SUSAN HAMMATT,                    :
                                  :
                                  :
                 Defendant.       :
                                  :
- - - - - - - - - - - - - - - - - -X

        WHEREAS, defendant SUSAN HAMMATT wishes to plead
guilty before a Magistrate Judge;

        WHEREAS, in light of the ongoing COVID-19 pandemic,
and based on defendant SUSAN HAMMATT's request, the proceeding
is scheduled to take place remotely; and

        WHEREAS, the Court understands that the assigned
Magistrate Judge shall hear the defendant's plea by telephone
because videoconferencing is not reasonably available;

        WHEREAS, the CARES Act and findings made by the
Judicial Conference of the United States and Chief Judge Laura
Taylor Swain of the Southern District of New York allow for
guilty pleas to be taken by phone or video, subject to certain
findings made by the presiding District Judge;

        WHEREAS, the proposed guilty plea resolves the above-
captioned case for defendant SUSAN HAMMATT without a plea to all
charges alleged in the indictment, and the offense of conviction

carries no mandatory minimum sentence and thus it is possible that the Court may impose a sentence of time served.

THE COURT HEREBY FINDS, that because the defendant, after consultation with counsel, has consented to proceeding remotely, the plea proceeding cannot be further delayed without serious harm to the interests of justice.

Dated:    New York, New York
          Dated: October 13, 2021

SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK