UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            -against-<br><br>SUSAN HAMMATT,<br><br>                        Defendant. | **ORDER**<br><br>19 Cr. 67 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    Defendant Susan Hammatt's sentencing will take place on **February 23, 2022 at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  Any submissions on behalf of Defendant Susan Hammatt are due by **February 2, 2022**.  The Government's submission is due by **February 9, 2022**.

    The Probation Department is directed to prepare a presentence investigation report for Defendant Susan Hammatt.

    The trial scheduled to begin on November 8, 2021 is adjourned <u>sine die</u> as to Defendant Susan Hammatt.

Dated: New York, New York
    October 28, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge