

THE LAW OFFICES OF
JUDITH VARGAS

February 2, 2022

**Via ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

U.S. v. Susan Hammatt, 19-Cr-67 (PGG)
Request to Adjourn Sentencing Hearing

Dear Judge Gardephe:

     We write on behalf of Mrs. Susan Hammatt to request an adjournment of the sentencing hearing in this matter, currently scheduled for February 23, 2021. Mrs. Hammatt remains at liberty, on bond, and fully compliant with all of her bail conditions. Additional time is needed for the preparation of the defense sentencing submission including the collecting of supporting documentation and sentencing letters on behalf of Mrs. Hammatt. Accordingly, we are requesting an adjournment of approximately 45 days to a date the last week of March (we request a date on a Monday or a Friday, as the undersigned is engaged as an instructor Tuesdays through Thursdays). The government has no objection to our request.

**MEMO ENDORSED**:
The application is granted. The sentencing currently scheduled for February 23, 2022 is adjourned to **April 13, 2022 at 3:00 p.m.**

SO ORDERED.

*/s/ Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge
Dated: February 3, 2022

Respectfully,

*/s/ Judith Vargas*
Judith Vargas, Esq.
Attorney for Mrs. Susan Hammatt

---

NEW YORK
20 Vesey Street * Suite 400 * New York, NY 10007
Tel: 212.668-0024 * Fax: 212.668.0060

Judithvargas1@aol.com

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR 00917