UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

SUSAN HAMMATT,

              Defendant.

**ORDER**

19 Cr. 67 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

Sentencing in this matter is scheduled for April 13, 2022, at 3:00 p.m.

The Pre-Sentence Report ("PSR") sets forth numerous objections that the

Defendant has made to the factual portions of the PSR, including Paragraphs 15, 17-27.  (PSR

(Dkt. No. 158) at 19-20)  The PSR also states that the Government contends that

> several of the objections are inconsistent with the defendant's guilty plea.  The
> Government has discussed these issues with defense counsel who is still
> discussing with the defendant on how to proceed with said objections.  The
> Government intends to address these objections with the Court under separate
> cover . . . .

(Id. at 20-21)  The Government has filed its sentencing submission, however, and has not

addressed Defendant's objections.  (See Govt. Br. (Dkt. No. 165))  The Government will submit

a letter responding to the Defendant's objections by **5:00 p.m. on April 8, 2022**.

Dated: New York, New York
      April 7, 2022

                                  SO ORDERED.

                                    _Paul S. Gardephe_
                                    _____
                                    Paul G. Gardephe
                                    United States District Judge