UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| SUSAN HAMMATT, | 19 Cr. 67 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

Defendant Susan Hammatt's sentencing, currently scheduled for April 13, 2022, is adjourned to **April 19, 2022 at 2:00 p.m.**

Dated: New York, New York
April 12, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge