

THE LAW OFFICES OF
JUDITH VARGAS

April 13, 2022

**Via ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      U.S. v. Susan Hammatt, 19-Cr-67 (PGG)
     Request for Later Time for April 19, 2022, Sentencing Hearing

Dear Judge Gardephe:

  Yesterday the Court adjourned Mrs. Hammatt's sentencing hearing scheduled for today to April 19, 2022, at 2:00 p.m. However, Mrs. Hammatt has a standing monthly medical appointment scheduled for that day at 11:30 a.m., California time, which conflicts with the 2:00 p.m. newly scheduled sentencing time. Accordingly, we respectfully request that the Court schedule the sentencing hearing for later that day, to either 4:30 p.m. on April 19, 2022, or to any time after 12:00 p.m. on April 20, 2022.

**MEMO ENDORSED**:
The Defendant's sentencing scheduled for April 19, 2022 will now take place at **11:30 a.m.** (Eastern Time).

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge
Dated: April 13, 2022

Respectfully,

*s/ Judith Vargas*

Judith Vargas, Esq.
Attorney for Mrs. Susan Hammatt

---

NEW YORK
20 Vesey Street * Suite 400 * New York, NY 10007
Tel: 212.668-0024 * Fax: 212.668.0060

PUERTO RICO SATELLITE
MCS Plaza * Suite 1200 * Ponce de Leon Avenue
San Juan, PR 00917

Judithvargas1@aol.com